DEAN B HERMAN (Bar No. 76752)
    E-mail: dherman@kdvlaw.com
JIM S. BYUN (Bar No. 199966)
    E-mail: jbyun@kdvlaw.com
KAUFMAN DOLOWICH & VOLUCK, LLP
11755 Wilshire Boulevard, Suite 2400
Los Angeles, CA  90025-1519
Telephone:  (310) 775-6511
Facsimile:  (310) 575-9720

*Attorneys for Plaintiff*
SCOTTSDALE INSURANCE COMPANY

ADAM PINES (Bar No. CA 172374)
    E-mail: apines@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 914-5820

*Attorneys for Defendant*
SPARK NETWORKS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>SPARK NETWORKS, INC., a Delaware corporation,<br><br>          Defendant. | Case No. 2:16-CV-00287-DMG (SSx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN THIRTY DAYS**<br><br>**[L.R. 8-3]**<br><br>Complaint Served:    January 15, 2016<br>Current Resp. Date:  February 5, 2016<br>New Response Date: March 7, 2016 |

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Palo Alto

1    IT IS HEREBY STIPULATED by and between plaintiff Scottsdale

2 Insurance Company ("Plaintiff") and defendant Spark Networks, Inc.

3 ("Defendant"), through their respective counsel of record, and pursuant to Local

4 Rule 8-3, as follows:

5    WHEREAS, Defendant was served with the summons and complaint in this

6 action on January 15, 2016;

7    WHEREAS, Defendant has not previously requested any extensions of time

8 to plead;

9    WHEREAS, Defendant has requested that its time to respond to the

10 complaint be extended by thirty days, to March 7, 2016; and

11    WHEREAS, Plaintiff has agreed to extend Defendant's time to respond to

12 the complaint until that date,

13    NOW, THEREFORE, and based upon the above recitals, it is hereby agreed

14 and stipulated by the parties hereto, through their respective attorneys of record,

15 that:

16    1.    Defendant shall respond to Plaintiff's complaint on or before March 7,

17 2016.

18 Dated:  February 2, 2016        KAUFMAN DOLOWICH & VOLUCK, LLP
                                   DEAN B HERMAN
19                                 JIM S. BYUN

20                                 By:   /s/ Dean B Herman
                                         DEAN B HERMAN
21                                 *Attorneys for Plaintiff*
                                   SCOTTSDALE INSURANCE COMPANY
22

23 Dated:  February 2, 2016        MANATT, PHELPS & PHILLIPS, LLP
                                   ADAM PINES
24
                                   By:   /s/ Adam Pines
25                                       ADAM PINES
                                   *Attorneys for Defendant*
26 316016423.1                      SPARK NETWORKS, INC.

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT BY NOT
MORE THAN THIRTY DAYS